**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1912**

———————

DONNA GARDNER, individually and as Personal Representative
of the Estate of Lewis C. Gardner,

　　　　　　Plaintiff - Appellant,

　　　v.

UNITED STATES OF AMERICA,

　　　　　　Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (3:13-cv-00063-JFA)

———————

Submitted:  October 22, 2013　　　　Decided:  October 24, 2013

———————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donna Gardner, Appellant Pro Se.　　Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Gardner appeals the district court's order granting the Government's motion to enforce a settlement agreement with respect to Gardner's wrongful death action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gardner v. United States, No. 3:13-cv-00063-JFA (D.S.C. July 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED